# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY X. RACHAL

NO. 2025 KW 1162

**MARCH 23, 2026**

---

In Re:     Jeremy X. Rachal, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           23-WFLN-575.

---

**BEFORE:     LANIER, GREENE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **WIL**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT